IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| G&G CLOSED-CIRCUIT EVENTS, LLC, as Broadcast Licensee of the May 8, 2021 Saul "Canelo" Alvarez v. Billy Joe Sanders Championship Fight Program, <br><br>*Plaintiff*, <br><br>V. <br><br>ALIBIS' SPORTS AND SPIRITS, INC., Individually and d/b/a Alibis' Sports and Spirits, NICHOLAS A. JOHNSON, Individually and d/b/a Alibis' Sport and Spirits <br><br>*Defendants.* | § § § § § § § § § § § § § § § § § <br><br>CIVIL ACTION NO. SA-24-CA-00464-FB |

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT

Before the Court is the status of the above styled and numbered cause. Plaintiff filed returns of executed summonses on June 11, 2024, (docket nos. 7 & 8), indicating that the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint was July 1, 2024. As of July 30, 2024, no answer or other response to Plaintiff's complaint had been filed and Plaintiff had not sought a default judgment. Because of the inactivity, Plaintiff was Ordered to "file a status report, on or before **August 9, 2024**, informing the Court whether the case has settled, and if not, whether Plaintiff wishes to proceed with the litigation." (Docket no. 9). The Order further provides: "[i]f no status report is filed by that date, Plaintiff is advised that this case will be dismissed for failure to prosecute and/or failure to comply with a court order." (*Id.*); The August 9th deadline has passed and the file reflects no further activity.

Rule 41(b) of the Federal Rules of Civil Procedure allows a court to dismiss an action sua sponte for failure to prosecute or for failure to comply with the federal rules or any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash R.R.*, 370 U.S. 626 (1962)). After careful consideration, the Court is of the opinion that this case should be dismissed without prejudice for Plaintiff's failure to prosecute and Plaintiff's failure to comply with a court order.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above styled and numbered cause is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and/or comply with a court order.

It is so ORDERED.

SIGNED this 19th day of August, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE